IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PAULA NICHOLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:17-CV-354-WKW |
| | ) | [WO] |
| 3HS OPERATIONS OF | ) | |
| GEORGIA, LLC, d/b/a | ) | |
| BOJANGLES, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 19.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 19) is ADOPTED;

2. Plaintiff's Motion to Remand (Doc. # 4) is GRANTED; and

3. This action is REMANDED to the Circuit Court of Lee County.

DONE this 21st day of August, 2017.

                                          /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE